**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
RAFAEL CUAHUTLE DE GABRIEL and JAVIER CALLEJA GARCIA, individually and on behalf of others similarly situated,

                    Plaintiffs,

        -against-

BOCCA BLISS 725 THIRD AVENUE CORP. (D/B/A BOCCA BLISS), SARA KITCHEN, CORP. (D/B/A BOCCA BLISS), CPG RESTAURANT GROUP, INC. (D/B/A BOCCA BLISS), ABRAHAM CHOI, BYUNG J CHO, CARL GENOVA (A.K.A. CARMELO), and ELIO DOE,

                    Defendants.
------------------------------------------------------------X

**18-cv-10686-VEC**

**PROPOSED**
**DEFAULT JUDGMENT**

## **JUDGMENT**

This action was commenced on November 15, 2018 (Doc. No. 1). Defendants Bocca Bliss 725 Third Avenue Corp. (d/b/a Bocca Bliss), Sara Kitchen, Corp. (d/b/a Bocca Bliss), CPG Restaurant Group, Inc. (d/b/a Bocca Bliss), were served with process on December 6, 2018 and Individual Defendants Abraham Choi, and Carl Genova were served with process on December 10, 2018, respectively (Docs. No. 19, 20, 21, 23 and 24)

To date, Defendants Bocca Bliss 725 Third Avenue Corp. (d/b/a Bocca Bliss), Sara Kitchen, Corp. (d/b/a Bocca Bliss), CPG Restaurant Group, Inc. (d/b/a Bocca Bliss), Abraham Choi, and Carl Genova have not answered the Complaint or otherwise appeared or moved, and the Clerk of this Court has certified the default of Defendants Bocca Bliss 725 Third Avenue Corp. (d/b/a Bocca Bliss), Sara Kitchen, Corp. (d/b/a Bocca Bliss), CPG Restaurant Group, Inc. (d/b/a Bocca Bliss), Abraham Choi, and Carl Genova on January 28, 2019 (Docs. No. 37, 38, 39, 41 and 42). The time for answering the Complaint having expired, it is

NOW, on motion of Plaintiff, by his attorneys Michael Faillace & Associates, P.C., it is hereby ORDERED, ADJUDGED AND DECREED:

That the plaintiff has judgment jointly and severally against the Defendants Bocca Bliss 725 Third Avenue Corp. (d/b/a Bocca Bliss), Sara Kitchen, Corp. (d/b/a Bocca Bliss), CPG Restaurant Group, Inc. (d/b/a Bocca Bliss), Abraham Choi, and Carl Genova, in the amount of $121,814.25, including (A) compensatory damages for unpaid minimum wages and overtime compensation under New York Labor Law in the amount of $52,655.63; (B) liquidated damages for unpaid minimum wages and overtime compensation under the NYLL in the amount of $52,655.63; (C) unpaid spread of hours pay in the amount of $3,251.50; (D) liquidated damages for unpaid spread of hours pay in the amount of $3,251.50; (E) statutory damages for violation of New York Labor Law § 195 in the amount of $10,000.00.

That the Plaintiff is awarded attorneys' fees in the amount of $1,280.00, and costs in the amount of $792.00.

That the Plaintiff is awarded post judgment interest, as calculated under 28 U.S.C. § 1961.

That if any amounts remain unpaid upon the expiration of ninety days following issuance of judgment, or ninety days after expiration of the time to appeal and no appeal is then pending, whichever is later, the amount of the judgment attributable solely to the NYLL shall automatically increase by fifteen percent, as required by NYLL § 198(4).

Dated:      New York, New York
            _____, 2019

_____
THE HONORABLE VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

- 3 -

                            This document was entered on the docket on
                            _____.

To:

Bocca Bliss 725 Third Avenue Corp.
c/o Bocca Bliss
725 3rd Ave
New York, NY 10017

Sara Kitchen, Corp.
c/o Bocca Bliss
725 3rd Ave
New York, NY 10017

CPG Restaurant Group, Inc.
c/o Bocca Bliss
725 3rd Ave
New York, NY 10017

Abraham Choi
c/o Bocca Bliss
725 3rd Ave
New York, NY 10017

Carl Genova
c/o Bocca Bliss
725 3rd Ave
New York, NY 10017