# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510      Telephone: (212) 317-1200
New York, New York 10165      Facsimile: (212) 317-1620

gnaydenskiy@faillacelaw.com

**MEMO ENDORSED**

January 13, 2020

**BY ECF**

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/13/2020

Re: **Cuahutle de Gabriel et al v. Bocca Bliss 725 Third Avenue Corp. et al.
Case No. 18-cv-10686 (VEC)**

Dear Judge Caproni:

    I am an attorney with Michael Faillace & Associates, P.C., attorneys for Plaintiffs in the above-referenced matter. I write jointly to seek an adjournment of the Initial Conference scheduled for January 17, 2020. This is the second request of its kind.

    The undersigned had a conflict with a previously scheduled conference in New Jersey. Defense counsel consented to an adjournment. Subsequently, the New Jersey court adjourned its conference. However, defense counsel will be traveling on January 17, 2020. Therefore, the parties respectfully request an adjournment of the January 17, 2020 conference to January 31, 2020.

    We thank the Court for its attention to this matter.

Respectfully Submitted,

/s/ Gennadiy Naydenskiy
Gennadiy Naydenskiy
MICHAEL FAILLACE & ASSOCIATES, P.C.
*Attorneys for Plaintiff*

cc: All Defendants (via mail)

Application GRANTED. The IPTC scheduled for January 17, 2020, is ADJOURNED to **January 31, 2020**. The parties' joint preconference letter and proposed Case Management Plan are due no later than **January 23, 2020**.

SO ORDERED.

*[signature]*
1/13/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE