```
UNITED STATES DISTRICT COURT              USDC SDNY
SOUTHERN DISTRICT OF NEW YORK             DOCUMENT
                                          ELECTRONICALLY FILED
                                          DOC #:
                                          DATE FILED: 1/31/2020
```

RAFAEL CUAHUTLE DE GABRIEL and
JAVIER CALLEJA GARCIA, *individually and
on behalf of others similarly situated*,

         Plaintiffs,    18-CV-10686 (VEC)

   -against-         ORDER

BOCCA BLISS 725 THIRD AVENUE CORP.
(D/B/A BOCCA BLISS), SARA KITCHEN,
CORP. (D/B/A BOCCA BLISS), CPG
RESTAURANT GROUP, INC. (D/B/A
BOCCA BLISS), ABRAHAM CHOI, BYUNG
J CHO, CARL GENOVA (A.K.A.
CARMELO), and ELIO DOE,
         Defendants.

VALERIE CAPRONI, United States District Judge:

  WHEREAS on April 5, 2019, Defendants Byung Cho and Elio Doe were dismissed for failure to prosecute, *see* Dkt. 59;

  WHEREAS on April 16, 2019, default judgment was entered against Defendants Bocca Bliss 725 Third Avenue Corp., Sara Kitchen, Corp., CPG Restaurant Group, Inc., Abraham Choi, and Carl Genova, *see* Dkt. 63;

  WHEREAS on July 30, 2019, default judgment was vacated against Defendants CPG Restaurant Group, Choi, and Genova only, *see* Dkt. 66; and

  WHEREAS the parties appeared before this Court for an initial pretrial conference on January 31, 2020;

  IT IS HEREBY ORDERED that Defendants CPG Restaurant Group, Choi, and Genova, must answer or otherwise respond to the Complaint no later than **February 7, 2020**.

The parties are reminded that the Court is happy to refer them to the Magistrate Judge for a settlement conference upon a joint request.

**SO ORDERED.**

**Date: January 31, 2020**
**New York, New York**

**VALERIE CAPRONI**
**United States District Judge**