# MCLAUGHLIN & STERN, LLP
### FOUNDED 1898

| | | |
|---|---|---|
| **BRETT R. GALLAWAY**<br>Partner<br>bgallaway@mclaughlinstern.com<br>(212) 448-1100 | 260 MADISON AVENUE<br>NEW YORK, NEW YORK 10016<br>(212) 448–1100<br>FAX  (212) 448–0066<br>www.mclaughlinstern.com | MILLBROOK, NEW YORK<br>GREAT NECK, NEW YORK<br>WEST PALM BEACH, FLORIDA<br>NAPLES, FLORIDA |

July 7, 2020

**Via ECF**
Hon. Gabriel W. Gorenstein
United States District Court     **MEMORANDUM ENDORSEMENT**
Southern District of New York
500 Pearl St.
New York, NY 10007

      Re:  *Cuahutle de Gabriel, et al. v. Bocca Bliss 725 Third Avenue Corp., et al..*
           1:18-cv-10686 (VEC) (GWG)

Dear Magistrate Judge Gorenstein:

      This firm is counsel to Defendants in the above-referenced action.  Pursuant to Your Honor's Individual Rule 1(F) and Your Honor's Standing Order Applicable to Telephonic Settlement Conferences, we write to request an adjournment of the upcoming settlement conference in this matter currently scheduled for July 17, 2020. *See* Dkt. No. 91.

      I am lead chair for an upcoming video bench trial (in *Chain, et al. v. Land Air Express of New England, LTD, et al*, 16-cv-3371), which is scheduled to start on July 20th. My preparation for that trial and the need to familiarize myself with the functionality of the video software are certain to conflict with the settlement conference in this matter as currently scheduled.

      Having obtained an available alternate date from the Deputy Clerk, we therefore request that the upcoming settlement conference be rescheduled to August 25, 2020 at 2:30pm. Plaintiffs' counsel consents to this adjournment and has confirmed Plaintiffs' availability on that date.

      We sincerely thank the Court in advance for its time and consideration with regard to this request.

Respectfully Submitted,

Brett R. Gallaway

Cc via ECF: Plaintiffs' counsel

The settlement conference is adjourned to August 25, 2020 at 2:30pm. Submissions are due August 19, 2020.

So ordered.
Dated: July 7, 2020

GABRIEL W. GORENSTEIN
United States Magistrate Judge