USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/13/2020

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

RAFAEL CUAHUTLE DE GABRIEL *individually and on behalf of others similarly situated*,

*Plaintiffs*,

-against-

BOCCA BLISS 725 THIRD AVENUE CORP. (D/B/A BOCCA BLISS), SARA KITCHEN, CORP. (D/B/A BOCCA BLISS), CPG RESTAURANT GROUP, INC. (D/B/A BOCCA BLISS), ABRAHAM CHOI, BYUNG J CHO, CARL GENOVA (A.K.A. CARMELO), and ELIO DOE,

*Defendants*.

Civil Action No.: 18-cv-10686

### [Proposed] JUDGMENT
### JUDGMENT

On October 9, 2020 Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff RAFAEL CUAHUTLE DE GABRIEL has judgment against Defendants CPG RESTAURANT GROUP, INC. (D/B/A BOCCA BLISS), ABRAHAM CHOI, and CARL GENOVA (collectively "Defendants"), jointly and severally, in the amount of $17,500, (Seventeen Thousand and Five Hundred Dollars) which is inclusive of attorneys' fees and costs.

This judgment shall be in full satisfaction of all federal and state law claims or rights that Plaintiff may have as to damages, or any other form of relief, arising out of the alleged acts or omissions of the Defendants, in connection with the facts and circumstances that are the subject of this action.

This judgment is entered pursuant to Rule 68 of the Federal Rules of Civil Procedure, and is not to be construed as an admission of liability by the Defendants, or any officer, employee or agent, either past or present of the Defendants; nor is it an admission that Plaintiff has suffered any damages.

This judgment will act to release and discharge the Defendants; their successors or assigned, and all past and present officers, employees, representatives, attorneys and agents of the Defendants, from any and all claims that were or could have been alleged by Plaintiff in the above-referenced action. This judgment will operate to waive Plaintiff's rights to any claim for interest on the amount of the judgment.

Dated: October 13, 2020

_____
**HON. VALERIE E. CAPRONI**